PROB 54
(Rev. 5/01)

**AMENDED** Report and Order Terminating Probation/Supervised Release

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket Number: 1:08:CR:242-03 |
| ) | |
| CHARLES RICHARD COPPESS ) | |

The above named has complied with the conditions of supervised release imposed by the Order of the Court heretofore made and entered in this case, and the period of supervised release expired on October 27, 2013. **The defendants have paid $71,952.12, and have a balance of $1,167,047.838 owing on restitution, jointly and severally.** The defendant will be responsible for that obligation through the U.S. Attorney's Office for 20 years. I therefore recommend the defendant be discharged from supervised release and the proceedings in the case be terminated.

Respectfully submitted,

/s/ Kristina M. Snow
Kristina M. Snow
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and the proceedings in the case be terminated.

Dated this  22nd  day of  November , 2013.

/s/ Robert Holmes Bell
The Honorable Robert Holmes Bell
U.S. District Judge