**FILED - GR**
September 22, 2016 10:36 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns /_____ Scanned: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLES RICHARD COPPESS,

    Defendant,

and

OFFICE OF RETIREMENT SERVICES,

    Garnishee.
_____/

Case No. 1:08CR242-01

Hon. Robert Holmes Bell
United States District Judge

## ANSWER OF THE GARNISHEE

_Amy Wheeler_ (Affiant), BEING DULY SWORN DEPOSES AND SAY:

That he/she is Garnishee herein doing business in the name of

_State of Michigan, Office of Retirement Services._
(State full name and address of business)

On $\underline{Sept\ 16,}$ , 201$\underline{6}$ , Garnishee was served with the Writ of Continuing Garnishment.

For the pay period in effect on the date of service (shown above):

Yes  No

\_\_\_  X  1.  Defendant was in my/our employ.

X  \_\_\_  2.  Pay period is \_\_\_\_\_ weekly, \_\_\_\_ bi-weekly

\_\_\_\_ semi-monthly, X monthly, Pension System payment.

Enter date present pay period began. _____ (Present means the pay period in which this order and notice of garnishment were served)

X  \_\_\_  3.  (Wage)garnishment is limited to twenty-five percent (25%) of disposable

Per Joel Fauson AUSA.

Earnings, subject to Section 303 of the Consumer Protection Act. 28 U.S.C. § 3002(9) and 15 U.S.C. § 1673. "Disposable earnings" means That part of earnings remaining after all deductions required by law have been withheld. 28 U.S.C. §3002(5). The "non-exempt disposable earnings" subject to this writ of garnishment are set forth on the attached

\_\_\_  X  4.  Have there been previous garnishments?

If the answer is yes, describe below.

_____

_____

____  **X** 5. The Garnishee has custody, control or possession of the following
NO
property (non-earnings), in which the Defendant maintains an

interest, as described below:

| Description of Property | Approximate Value | Description of Defendant's Interest In Property |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

Garnishee anticipated owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimated date or Period Due |
|---|---|
| 1. $ | |
| 2. $ | |
| 3. $ | |
| 4. $ | |

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

____  [The Garnishee makes the following claim of exemption on the part of the Defendant:]

____  [Or has the following objections, defenses, or set-offs to Plaintiff's right to apply

Garnishee's indebtedness to Defendant upon Plaintiff's claim:]

____  [The Garnishee was then in no manner and upon no account indebted or under liability

to the Defendant, Charles Richard Coppess and that the Garnishee did not have in

## CALCULATION SHEET FOR DISPOSABLE EARNINGS

1. The defendant/debtor's gross earnings for the present pay period:  $ 632.25

2. Deductions required by law to be withheld from gross earnings on line 1:

   a. Federal withholding tax (for income taxes)  $ 0

   b. State withholding tax (for income taxes)  $ 0

   c. Employee portion of social security tax — *Not an employee*  $ 0

   d. City withholding tax (for income taxes)  $ 0

   e. Public employee retirement when required by law  $ 0

   *Per Joel Fauson, AUSA Advised 9/16/2016 that Public employee retirement is subject to garnishment up to limit of 25% of disposable earnings.*

   f. Total (add lines 2a through 2e)  $ 0

3. Disposable earnings (subtract line 2f from line 1).  $ 632.25

4. Test I for amount available for garnishment (25% of line 3).  $ 158.06

5. Test II for amount available for garnishment  $ 632.25

   a. Federal minimum wage in effect for the present pay period (from Chart A below)  $ 7.25

   b. Multiple for the entire pay period (from Chart B below)  130

   c. Line 5a multiplied by line 5b  $ 942.50

   d. Subtract line 5c from line 3  $ −310.25

6. Amount available for garnishment (line 4 or 5d, whichever is less)  $ −310.25

7. Amounts withheld from gross earnings shown on line 1 pursuant to orders with priority

   a. Order for the support of any person(s)  $ 0

   b. Orders of U.S. Bankruptcy Court under Chapter XIII  $ 0

   c. Order for past due federal or state tax  $ 0

   d. Other general garnishments served prior to this writ  $ 0

    e.    Total (add lines 7a through 7d)    $ 0

8. Amount available for garnishment under this writ (subtract line 7e from line 6)    $ 0

*[handwritten: Lowest amount is a negative number.]*

9. AMOUNT TO BE WITHHELD IN RESPONSE TO THIS WRIT $ 0
(line 8 above or amount stated on the affidavit for writ of Garnishment, (whichever is less)    $ 0

10. WITHHOLD amount shown on line 9 until entry of GARNISHEE ORDER directing payment to the United States.

11. DO NOT WITHHOLD, pursuant to this continuing writ any other Earnings of the defendant/debtor.

**Chart A***

| Effective Date | Minimum Wage |
|---|---|
| 07/24/2009 | $7.25 |

**Chart B****

| Length of entire pay period | Multiple |
|---|---|
| Weekly (or more frequently) | 30 |
| Bi-Weekly | 60 |
| Semi-Monthly | 65 |
| Monthly | 130 |

*Any changes in the federal minimum wage specified in sec. 6(a)(1) of the Fair Labor Standards Act of 1938 b amendment after 11/1/77 must be used as if listed in Chart A.

**For a pay period length not shown in Chart B, increase the multiple for a weekly pay period using the assumption that a month contains 4 1/3 weeks.

his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first-class mail to (1) the defendant, judgment-debtor, Charles Richard Coppess and (2) the attorney for the United States, Joel S. Fauson, Assistant United States Attorney, P. O. Box 208, Grand Rapids, MI 49501-0208.

Garnishee *Amy Wheeler*
*Office of Retirement Services*

Subscribed and sworn to before me this
16 day of September 2016.

_____
Notary Public
(Seal)

My Commission expires: 11-06-2019

JAMIE H. GUARDIOLA
Notary Public, State of Michigan
County of Ingham
My Commission Expires Nov. 06, 2019
Acting in the County of Ingham

XXX 09/20/16 LANSING MI 488 XXX

STATE OF MICHIGAN
DEPARTMENT OF MANAGEMENT AND BUDGET
OFFICE OF RETIREMENT SERVICES
PO BOX 30171
LANSING MI 48909

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 48906 $ 000.37⁶
02 1W
0001395585 SEP 20 2016

Clerk, United States District Court
399 Federal Building
110 Michigan Street, NW
Grand Rapids, MI  49503

HTD-55B  49503